# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>        Plaintiff,<br><br>   v.<br><br>GALLAGHER, et al.,<br><br>        Defendants. | CASE NO. 1:11-cv-00446-SMS PC<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO SERVE COURTESY COPIES OF THIS ORDER AND THE ORDER DENYING PLAINTIFF'S MOTIONS FOR A PRELIMINARY INJUNCTION ON WARDEN HARRINGTON AT KERN VALLEY STATE PRISON |

Plaintiff Kevin Darnell Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint in this action was filed on March 17, 2011. Plaintiff has also filed multiple motions for a preliminary injunction.

In an order issued separately from this order, the Court denied Plaintiff's motions for a preliminary injunction for lack of jurisdiction. Plaintiff allegedly has been threatened by correctional officers in the sensitive need yard and fears for his safety. In light of the seriousness of Plaintiff's allegations that correctional officers have threatened to have Plaintiff's throat slit while he is sleeping, the Clerk's Office shall serve courtesy copies of this order and the order denying Plaintiff's motions for a preliminary injunction on Warden Harrington at Kern Valley State Prison. The Court requests that Warden Harrington have this situation looked into to ensure that Plaintiff is not being placed in a situation where his life is in danger.

///

///

///

1   Accordingly, it is HEREBY ORDERED that the Clerk's Office SHALL serve courtesy copies
2   of this order and the separately issued order denying Plaintiff's motions for a preliminary injunction
3   on Warden Harrington at Kern Valley State Prison.

IT IS SO ORDERED.

**Dated:**   **June 21, 2011**                   /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE