1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

KEVIN DARNELL BRYANT,

CASE NO. 1:11-cv-00446-LJO-BAM PC

10

               Plaintiff,

ORDER GRANTING DEFENDANTS' REQUEST TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE

11

    v.

12

GALLAGHER, et al.,

(ECF No. 69)

13

               Defendants.

14

_____/

15        Plaintiff Kevin Darnell Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is currently in the

17  discovery phase, and on September 13, 2012, Defendants filed a request seeking to conduct

18  Plaintiff's deposition by videoconference.  Fed. R. Civ. P. 30(b)(4).

19        Good cause having been shown, Defendants' request to depose Plaintiff by videoconference

20  is HEREBY GRANTED.

21
22        IT IS SO ORDERED.

23  **Dated:**   **September 14, 2012**            **/s/ Barbara A. McAuliffe**

24                             UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1