1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   KEVIN DARNELL BRYANT,                    CASE NO. 1:11-cv-00446-LJO-BAM PC

10                          Plaintiff,       ORDER GRANTING DEFENDANTS'
                                            REQUEST TO DEPOSE PLAINTIFF BY
11          v.                               VIDEOCONFERENCE

12   GALLAGHER, et al.,                      (ECF No. 69)

13                          Defendants.
     _____/

14

15          Plaintiff Kevin Darnell Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently in the

17   discovery phase, and on September 13, 2012, Defendants filed a request seeking to conduct

18   Plaintiff's deposition by videoconference. Fed. R. Civ. P. 30(b)(4).

19          Good cause having been shown, Defendants' request to depose Plaintiff by videoconference

20   is HEREBY GRANTED.

21

22          IT IS SO ORDERED.

23   **Dated:**   **September 14, 2012**            **/s/ Barbara A. McAuliffe**
                                                   UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                                  1