# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GALLAGHER, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:11-cv-00446-LJO-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENAS DUCES TECUM AND DIRECTING SERVICE OF SUBPOENA DUCES TECUM BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF Nos. 71, 72) |

Plaintiff Kevin Darnell Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the first amended complaint against Defendant Romero for deliberate indifference to serious medical needs in violation of the Eighth Amendment; and against Defendants Gallagher and Romero for conspiracy, retaliation in violation of the First Amendment and failure to protect in violation of the Eighth Amendment. Discovery in this action closes on October 22, 2012. (ECF No. 50.) On October 11, 2012, Plaintiff filed a motion for a court order or subpoena duces tecum. (ECF Nos. 71, 72.)

Plaintiff seeks a court order or subpoena duces tecum directing Kern County Superior Court to provide copies of his medical records that were subpoenaed in a state court case. Plaintiff states that the medical records are necessary to this action. The Court does not have jurisdiction to order the Kern County Superior Court to provide Plaintiff with documents from his state case. However, the Court will issue a subpoena duces tecum to Mercy Hospital in Bakersfield to produce the relevant records and order a limited extension of the discovery deadline for this subpoena only.

Plaintiff is proceeding pro se and in forma pauperis, and while he is entitled to service of the

subpoena by the United States Marshal, 28 U.S.C. § 1915(d), Plaintiff is advised that he will be required to pay any fees associated with the production of the records.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a subpoena duces tecum, filed October 11, 2012, is GRANTED as modified by this order;

2. The discovery deadline shall be extended to December 14, 2012, for the issue of this subpoena only;

3. The Clerk of the Court shall forward the following documents to the United States Marshals Service for each subpoena to be served:

   a. One (1) completed and issued subpoena duces tecum to be served on the following:

      CHW CENTRAL CALIFORNIA MERCY HOSPITAL
      2215 TRUXTUN AVENUE
      BAKERSFIELD, CALIFORNIA 93301

   b. One (1) completed USM-285 form; and

   c. One (1) copy of this order, plus an extra copy for the Marshals Service.

4. Within **TWENTY (20) DAYS** from the date of this order, the Marshals Service is DIRECTED to serve the subpoenas in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

5. The Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

6. The Marshals Service SHALL effect **personal service** of the subpoena duces tecum, along with a copy of this order, upon the entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

7. Within **TEN (10) DAYS** after personal service is effected, the Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated:   October 15, 2012              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE