# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GALLAGHER, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:11-cv-00446-LJO-BAM PC<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO COMPEL<br><br>(ECF No. 77)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Kevin Darnell Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 22, 2102, Defendants filed a motion to compel Plaintiff's responses to Defendants' interrogatories and request for production of documents. (ECF No. 77.) Plaintiff has failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion to compel within **thirty (30) days** from the date of service of this order; and

2. The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   December 5, 2012　　　　　　　　　／s／ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1