# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GALLAGHER, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:11-cv-00446-LJO-BAM PC<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE DATE OF BIRTH FOR RECORDS REQUEST<br>(ECF Nos. 74 and 97)<br><br>FOURTEEN-DAY DEADLINE |

　　On October 17, 2012, the Court directed the United States Marshal to serve a subpoena for the production of medical records on CHW Central California Mercy Hospital ("Mercy Hospital"). The United States Marshal served the subpoena, but Mercy Hospital returned the subpoena and notified the Court that it needs Plaintiff's date of birth to comply with the subpoena.

　　Accordingly, within **fourteen (14) calendar days** after receipt of this order, Plaintiff SHALL provide his date of birth directly to the chambers of the undersigned Magistrate Judge to assist Mercy Hospital in locating Plaintiff's medical records. Plaintiff shall mark the letter "CONFIDENTIAL" so that it is routed correctly.

　　IT IS SO ORDERED.

Dated:　January 14, 2013　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE