UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>P. GALLAGHER, et al.,<br><br>　　　Defendants. | Case No.: 1:11-cv-00446-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE ANOTHER MOTION FOR COURT ORDER COMPELLING DISCOVERY (ECF No. 117) |

**I.     Introduction**

Plaintiff Kevin Darnell Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's first amended complaint, filed on July 5, 2011, against Defendant Romero for deliberate indifference to serious medical needs in violation of the Eighth Amendment; and against Defendants Gallagher and Romero for conspiracy, retaliation in violation of the Eighth Amendment and failure to protect in violation of the Eighth Amendment.

On October 26, 2012, Plaintiff filed a motion for court order compelling discovery.  (ECF No. 78.)  On July 17, 2013, the Court denied Plaintiff's motion to compel.  (ECF No. 115.)  Thereafter, on July 24, 2013, Plaintiff filed the instant motion for leave to file another court order compelling discovery.  The motion was served on July 19, 2013.  (ECF No. 117.)  Defendants did not file a timely response.  The motion is deemed submitted.  Local Rule 230(l).

1

## II. Discussion

In his moving papers, Plaintiff explained that he filed a motion to compel in October 2012, but the Court had not yet ruled on it. Plaintiff believed that the Court had not ruled on the motion because it was procedurally defective. Plaintiff therefore requested that the Court either grant the pending motion to compel or, if it was procedurally defective, allow him to redraft and refile it.

Based on the requested relief, it is apparent that Plaintiff filed the instant motion before he received the Court's July 17, 2013 order denying his motion to compel. Indeed, subsequent to the instant motion, on July 29, 2013, Plaintiff filed a motion for reconsideration of the Court's order denying his motion to compel. Accordingly, Plaintiff's request to file another motion to compel is now moot and shall be denied.

## III. Conclusion and Order

Based on the above, Plaintiff's motion for leave to file another motion for court order compelling discovery, filed on July 24, 2013, is DENIED.

IT IS SO ORDERED.

Dated:   **January 27, 2014**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE