UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>P. GALLAGHER, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00446-LJO-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER TO REOPEN DISCOVERY<br>(ECF No. 113)<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Kevin Darnell Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed on July 5, 2011, against Defendant Romero for deliberate indifference to serious medical needs in violation of the Eighth Amendment; and against Defendants Gallagher and Romero for conspiracy, retaliation in violation of the Eighth Amendment and failure to protect in violation of the Eighth Amendment.

On July 12, 2013, Plaintiff filed a motion for an order to reopen discovery. (ECF No. 113.) Defendants did not submit a response. Thereafter, on December 6, 2013, Plaintiff filed a motion requesting that Court rule and respond to his motion for an order to reopen discovery. (ECF No. 120.) Defendants did not submit a response.

At this time, the Court finds it appropriate to obtain a response from Defendants regarding the pending motion to reopen discovery. Accordingly, Defendants are directed to file an opposition, or

1

1 statement of non-opposition, to Plaintiff's motion to reopen discovery (ECF No. 113) within twenty-
2 one days of the date of this order.  If Defendants file an opposition, Plaintiff's reply shall be filed
3 within seven (7) days following service of the opposition.
4 IT IS SO ORDERED.

Dated:   **January 27, 2014**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

2