UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT<br><br>        Plaintiff,<br><br>    v.<br><br>P. GALLAGHER, et al.,<br><br>        Defendants. | Case No.: 1:11-cv-00446-LJO-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S (1) MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS; (2) MOTION TO PRESERVE ALL RECORDS; AND (3) MOTION FOR COURT TO ISSUE CONTEMPT CHARGES<br>(ECF Nos. 127, 140, 141)<br><br>TWENTY-ONE DAY DEADLINE |

      Plaintiff Kevin Darnell Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed on July 5, 2011, against Defendant Romero for deliberate indifference to serious medical needs in violation of the Eighth Amendment; and against Defendants Gallagher and Romero for conspiracy, retaliation in violation of the Eighth Amendment and failure to protect in violation of the Eighth Amendment.

      On February 28, 2014, Plaintiff filed a motion to compel production of the medical records subpoenaed from Mercy Hospital. (ECF No. 127.) Defendants did not file a response. On May 23, 2014, the Court issued an order providing Mercy Hospital with the opportunity to show cause regarding compliance with the subpoena duces tecum within thirty (30) days. (ECF No. 139.) Mercy Hospital did not submit a response.

On June 23, 2014, Plaintiff filed a motion for an order directing Defendants and the California Department of Corrections and Rehabilitation to preserve all records of investigations into the June 8, 2010 assault. (ECF No. 140.) Defendants did not file a response.

On July 21, 2014, Plaintiff filed a motion for the Court to issue contempt charges against Mercy Hospital for failure to respond or show good cause in response to the Court's May 2014 order. (ECF No. 141.)

With the exception of the above reference motions, all discovery in this matter is completed and the Court intends to set a deadline for the filing of dispositive motions. Prior to that time, however, the Court seeks to resolve the outstanding motions. To assist in such resolution, Defendants are HEREBY DIRECTED to submit a response to the following motions within twenty-one (21) days: (1) Plaintiff's motion to compel production of medical records subpoenaed from Mercy Hospital of Bakersfield (ECF No. 127); (2) Plaintiff's motion for court order for Defendants and Non-Party CDCR to preserve all records of all investigations into the 6-8-10 assault (ECF No. 140); and (3) Plaintiff's motion for the court to issue contempt charges on Mercy Hospital for failure to respond or show good cause (ECF No. 141.)

IT IS SO ORDERED.

Dated: **July 26, 2014**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE