UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GALLAGHER, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-00446-LJO-BAM PC<br><br>ORDER SETTING DISPOSITIVE MOTION DEADLINE<br><br>Deadline: **February 10, 2015** |

　　　　Plaintiff Kevin Darnell Bryant, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed on July 5, 2011, against Defendant Romero for deliberate indifference to serious medical needs in violation of the Eighth Amendment; and against Defendants Gallagher and Romero for conspiracy, retaliation in violation of the Eighth Amendment and failure to protect in violation of the Eighth Amendment.

　　　　On December 19, 2012, the Court vacated the dispositive motion deadline in order to resolve multiple pending motions to compel. (ECF No. 93.) As of the date of this order, all outstanding discovery motions have been resolved. Accordingly, the Court finds it appropriate and necessary to reset the dispositive motion deadline. Fed. R. Civ. P. 16. The deadline for filing all pre-trial dispositive motions shall be **February 10, 2015**. A request for an extension of this deadline must be

1

filed on or before the expiration of the deadline.  However, the parties are advised that an extension of time will only be granted upon a clear showing of good cause.

IT IS SO ORDERED.

Dated: **November 10, 2014**                /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE

2