IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KEVIN DARNELL BRYANT,**<br><br>Plaintiff,<br><br>v.<br><br>**P. GALLAGHER, et al.,**<br><br>Defendants. | 1:11-cv-00446-LJO-BAM (PC)<br><br>**ORDER GRANTING JOINT REQUEST FOR REFERRAL TO THE COURT'S PRISONER SETTLEMENT PROGRAM**<br><br>(ECF No. 180) |

GOOD CAUSE HAVING BEEN SHOWN, this matter is hereby referred to the Court's Prisoner Settlement Program for mediation with Magistrate Judge Boone at 10:00 a.m. on June 2, 2015 in Courtroom #9.

IT IS FURTHER ORDERED that these proceedings are stayed pending the results of the mediation. If mediation does not resolve this case in full, Defendants' opposition to Plaintiff's motion for summary judgment shall come due within 14 days of the mediation.

IT IS SO ORDERED.

Dated:   **March 10, 2015**          /s/ *Barbara A. McAuliffe*
                                                                            UNITED STATES MAGISTRATE JUDGE