UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>        Plaintiff,<br><br>   v.<br><br>P. GALLAGHER, et al.,<br><br>        Defendants. | Case No.: 1:11-cv-00446-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR COURT ORDER<br><br>(ECF Nos. 188, 189) |

Plaintiff Kevin Darnell Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on March 17, 2011. A settlement conference is scheduled for June 2, 2015.

On April 21, 2015, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for a court order be denied. The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days after service. (ECF No. 189.) More than fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on April 21, 2015, are adopted in full; and
2. Plaintiff's motion for a court order, filed on April 8, 2015, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 15, 2015**                    **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE