UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>  Plaintiff,<br><br>  v.<br><br>GALLAGHER, et al.,<br><br>  Defendants. | 1:11-cv-00446-LJO-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S 8/10/15 ORDER<br><br>(ECF No. 206) |

Plaintiff Kevin Darnell Bryant ("Plaintiff") is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds against Defendant Romero for deliberate indifference to serious medical needs in violation of the Eighth Amendment, and against Defendants Gallagher and Romero for conspiracy, retaliation in violation of the First Amendment, and failure to protect in violation of the Eighth Amendment.

On August 10, 2015, the Court directed Defendants to respond to Plaintiff's motion for an order to show cause. (ECF No. 206.) As a result, Defendants' response is currently due on August 31, 2015. On August 31, 2015, Defendants filed a motion for an extension of time to

comply with the Court's August 10, 2015 order. (ECF No. 211.) In support, Defense Counsel submitted a declaration stating an additional fourteen days is needed to sufficiently review Plaintiff's motions and related filings and to prepare a response. (Id. at 2.) Defense Counsel further explains that he was delayed in preparing a response to Plaintiff's motion due to pressing business in other matters, including preparing for a trial and filing dispositive motions in other cases. (Id. at 2-3.)

The Court finds good cause to grant the requested extensions of time for Defendants to comply with this Court's August 10, 2015 order. Fed. R. Civ. P. 16(b)(4). The Court further finds that no response to this motion is necessary and thus it is deemed admitted, Local Rule 230(l), and that this short extension of time will not prejudice Plaintiff.

For these reasons, IT IS HEREBY ORDERED that:

Defendants' motion for an extension of time to comply with the Court's August 10, 2015 order is GRANTED. Defendants' response to Plaintiff's motion for an order to show cause is due on or before fourteen days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 31, 2015**             /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE