# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GALLAGHER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-00446-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 226)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br>(ECF No. 176)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORDER GRANTING MOTION FOR SUMMARY JUDGMENT<br>(ECF No. 214) |

　　　　Plaintiff Kevin Darnell Bryant ("Plaintiff") is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 18, 2016, the magistrate judge issued Findings and Recommendations recommending that Plaintiff's motion for summary judgment in this matter be denied. (ECF No. 226.) The Findings and Recommendations were served on the parties with notice that any objections were to be filed within twenty (20) days of service. Over thirty (30) days have passed, and no objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated February 18, 2016, (ECF No. 226), are ADOPTED IN FULL;

2. Plaintiff's motion for summary judgment, (ECF No. 176), and motion for an order granting summary judgment, (ECF No. 214), are DENIED; and

3. This matter shall proceed to a jury trial on Plaintiff's claims against Defendant Romero for deliberate indifference to serious medical needs in violation of the Eighth Amendment, and against Defendants Gallagher and Romero for conspiracy, retaliation in violation of the First Amendment, and failure to protect in violation of the Eighth Amendment.

IT IS SO ORDERED.

Dated:   **March 21, 2016**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE