UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | Case No. 1:11-cv-00446-BAM (PC) |
| Plaintiff, | ORDER REGARDING NOTICE OF UNAVAILABILITY OF COUNSEL |
| v. | |
| GALLAGHER, et al., | (ECF No. 237) |
| Defendants. | |

On March 30, 2016, the Court issued its second scheduling order in this matter, setting forth various deadlines, including for pre-trial matters, telephonic hearings, and anticipated trial dates. (ECF No. 234.) On June 22, 2016, defense counsel filed a notice of unavailability, indicating counsel will be on vacation and unavailable from July 15, 2016 to July 25, 2016.

The filing of a notice of unavailability does not relieve the party who files such a notice of the party's obligations for currently set or previously set deadlines, timeframes, or other Court obligations. This includes all deadlines for any responses, statements, or oppositions set forth in the Court's second scheduling order.

IT IS SO ORDERED.

Dated: **June 23, 2016**          /s/ *Barbara A. McAuliffe*          
                                   UNITED STATES MAGISTRATE JUDGE

1