**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GALLAGHER, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S SUPPLEMENTAL MOTION FOR ADDITIONAL ORDER COMPELLING DEFENDANTS TO DISCLOSE FULL NAME AND CURRENT LOCATION OF RN SANDY MARKMAN AND DR. SANDRA SCHAEFER<br><br>(ECF No. 243) |

　　Plaintiff Kevin Darnell Bryant ("Plaintiff") is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. All parties have consented to magistrate judge jurisdiction. (ECF Nos. 7, 231.) This action currently proceeds on Plaintiff's claims against Defendant Romero for deliberate indifference to serious medical needs in violation of the Eighth Amendment, and against Defendants Gallagher and Romero for conspiracy, retaliation in violation of the First Amendment, and failure to protect in violation of the Eighth Amendment.

**I.　Motion to Compel**

　　Currently before the Court is Plaintiff's July 11, 2016 motion to compel Defendants to disclose the full name and address of Sandy Markman, RN, and Dr. Sandra Schaefer, so that he may subpoena them as witnesses. (ECF No. 243.) Plaintiff asserts that these witnesses treated him after the incident which is the topic of this litigation. On July 29, 2016, Defendants filed an opposition to the motion. (ECF No. 250.) The parties' arguments were also heard on this matter on August 3, 2015.

1

## II. Discussion

First, this matter is moot regarding Nurse Markman. Plaintiff's own submissions show that defense counsel has already disclosed Nurse Markman's most recent contact information. (ECF No. 247, p. 5.) Nurse Markman is also named as a defense witness in their pretrial statement. Thus, Nurse Markman will be present at trial and available for Plaintiff to call, and no subpoena will be necessary. Regarding Dr. Schaefer, Defendants argue that Plaintiff did not request this information during discovery, and thus this is essentially a motion to reopen discovery on this matter, for which he has not shown good cause.

At the hearing on this matter, Plaintiff withdrew his motion to compel the information regarding Dr. Schaefer. For that reason, Plaintiff's motion is denied. Furthermore, the Court agrees with Defendants that Plaintiff has provided no explanation for why he did not seek this information while discovery was open, and has not shown good cause for why discovery should be re-opened at this time. Fed. R. Civ. P. 16(b)(4). Plaintiff's reliance on the fact that he was granted some relief on a prior motion to compel regarding witness information is unavailing. In the Court's June 24, 2016 order granting in part and denying in part Plaintiff's motion to compel such information for other witnesses, the Court found that Plaintiff had shown grounds for reconsideration of its prior rulings. This included a showing that Plaintiff had sought the information during discovery, had previously filed a motion to compel, and had shown that Defendants waived their objections. None of this is true with regards to the information Plaintiff seeks to now compel regarding Dr. Schaefer.

## III. Conclusion and Order

Accordingly, it is HEREBY ORDERED that Plaintiff's supplemental motion for an additional order compelling Defendants to disclose the full name and current location of RN Sandy Markman and Dr. Sandra Schaefer (ECF No. 243) is DENIED.

IT IS SO ORDERED.

Dated: **August 4, 2016**           /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE