UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>GALLAGHER, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE HIM A COPY OF THE DEPOSITION TRANSCRIPT OF CHRISTINE BLANTZ TAKEN JULY 29, 2016 WITHOUT COST AS PART OF DISCOVERY<br><br>(ECF No. 264) |

Plaintiff Kevin Darnell Bryant ("Plaintiff") is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. All parties have consented to magistrate judge jurisdiction. (ECF Nos. 7, 231.) This matter is set for trial on October 17, 2016.

Currently before the Court is Plaintiff's motion to compel Defendants to provide him a copy of the deposition transcript of Christine Blantz taken July 29, 2016 without cost. (ECF No. 264.) He argues he cannot afford the transcript based on his indigent status, and although he was present by telephone at the deposition, he could not hear certain portions of the deposition.

Plaintiff's motion is denied. His indigent status does not entitle him to free copies of deposition transcripts. Clemente v. Parciasepe, No. 2:14-CV-0611 KJN P, 2015 WL 6447495, at *2 (E.D. Cal. Oct. 23, 2015) ("The expenditure of public funds for deposition transcripts is not authorized by the in forma pauperis statute or any other statute.") (citing 28 U.S.C. § 1915). Nor are Defendants required to provide Plaintiff with any free copy of a deposition transcript. Id. (citing Whittenberg v. Roll, No. CIV

S-04-2313 FCD JFM P, 2006 WL 657381, at *5 (E.D. Cal. Mar. 15, 2006). Plaintiff may obtain a copy of the transcript from the officer before whom it was taken, upon payment of reasonable charges. Id. (citing Fed. R. Civ. P. 30(f)(3)).

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to compel Defendants to provide him a copy of the deposition transcript of Christine Blantz taken July 29, 2016 without cost as part of discovery (ECF No. 264) is DENIED.

IT IS SO ORDERED.

Dated:   **September 16, 2016**                    /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE