**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>GALLAGHER, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENAS ON WITNESSES BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>**SERVICE WITHIN 7 DAYS** |

Plaintiff Kevin Darnell Bryant ("Plaintiff") is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. All parties have consented to magistrate judge jurisdiction. (ECF Nos. 7, 231.) This matter is set for trial on October 17, 2016.

Plaintiff has submitted the required fees made payable to the witnesses **(Lieutenant) Jason Stiles**, **(Special Agent) Gerald Biane**, **(Special Agent) Ricardo (Richard) Christensen**, (**Lieutenant) Constance Waddle**, **B. DaVeiga**, **Sandra Lee Schaefer, M.D.**, and **Young Paik, M.D.**, being commanded to appear at trial on October 18, 2016.[1]

///

///

---

[1] Trial is scheduled to commence on Monday, October 17, 2016. To best accommodate the trial scheduled, all witnesses identified in this order should appear and be available to testify on the second day of trial, Tuesday, October 18, 2016.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

   (1) Seven (7) completed and issued subpoenas to be served on:

   **Jason Stiles**
   **California Correctional Center,**
   **711-045 Center Road, Susanville, CA 96127-0790**

   **Gerald Biane**
   **Central Region Office of the Office of Internal Affairs,**
   **5016 California Avenue, Suite 210, Bakersfield, CA 93309**

   **Ricardo (Richard) Christensen**
   **Central Region Office of the Office of Internal Affairs,**
   **5016 California Avenue, Suite 210, Bakersfield, CA 93309**

   **Constance Waddle**
   **Kern Valley State Prison**
   **3000 West Cecil Avenue, Delano, CA 93216**

   **B. DaVeiga**
   **California Substance Abuse Treatment Facility and State Prison**
   **900 Quebec Avenue, Corcoran, CA 93212**

   **Sandra Lee Schaefer**
   **Kern Valley State Prison**
   **3000 West Cecil Avenue, Delano, CA 93216**

   **Young Paik**
   **Pacific Orthopedic Medical Group**
   **2619 F. Street, Bakersfield, CA 93301**

   (2) Seven (7) completed USM-285 forms;

   (3) One money order # 17-448437735 in the amount of $548.88., made payable to Jason Stiles

   (4) One money order # 17-448437736in the amount of $158.80, made payable to Gerald Biane;

   (5) One money order # 17-448437737 in the amount of $158.80, made payable to Ricardo (Richard) Christensen;

2

  (6) One money order # 17-448437738 in the amount of $127.05, made payable to Constance Waddle;

  (7) One money order # 17-448437739 in the amount of $99.51, made payable to B. DaVeiga;

  (8) One money order # 17-448437740 in the amount of $127.05, made payable to Sandra Lee Schaefer;

  (9) One money order # 17-448437741 in the amount of $156.64, made payable to Young Paik;

  (10) Eight (8) copies of this order, one to accompany each subpoena, plus an extra copy for the Marshal.

 2. Within **seven (7) days** from the date of service of this order, the United States Marshal is directed to serve the subpoenas and money orders in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

 3. The United States Marshal shall effect personal service and a copy of this order upon the named individuals in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

 4. Within **ten (10) days** after personal service is completed, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated: **September 21, 2016**   /s/ *Barbara A. McAuliffe*
                UNITED STATES MAGISTRATE JUDGE

3