UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br>           Plaintiff,<br><br>v.<br><br>GALLAGHER, et al.<br>           Defendants. | 1:11-cv-0446-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **KEVIN DARNELL BRYANT AKA DARNELL BRYANT**, CDCR # -D-56620, PLAINTIFF<br><br>**DATE: October 17, 2016**<br>**TIME:  8:00 a.m.** |

          **Kevin Darnell Bryant AKA Darnell Bryant**, inmate, **CDC #-D-56620**, a necessary and material witness on his own behalf in proceedings in this case on October 17, 2016, is confined at **Salinas Valley State Prison**, 31625 Highway 101, Soledad, CA 93960, in the custody of the Warden/Sheriff.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, **along with his legal property**, in Courtroom #8, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on October 17, 2016, at 8:00 a.m.

          **ACCORDINGLY, IT IS ORDERED that:**

          1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above**, along with his legal property**, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

          2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden or Sheriff of Salinas Valley State Prison**

          **WE COMMAND** you to produce the inmate named above, **along with his legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

          **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated**:   September 27, 2016**          /s/ Barbara A. McAuliffe
                                                             UNITED STATES MAGISTRATE JUDGE

