**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>GALLAGHER, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE TRIAL, MODIFY DATES ON ANY ORDERS AND WRITS OF HABEAS CORPUS AD TESTIFICANDUM ISSUED, AND SET A TELEPHONIC CONFERENCE**<br><br>(ECF No. 286)<br><br>**Telephonic Status Conference:** November 17, 2016 at 9:00 a.m. in Courtroom 8 (BAM)<br><br>**Jury Trial**: December 13, 2016 at 8:30 am. in Courtroom 8 (BAM) (4-5 days) |

    Plaintiff Kevin Darnell Bryant ("Plaintiff") is state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. All parties have consented to magistrate judge jurisdiction. (ECF Nos. 7, 231.)

    On October 10, 2016, attorneys Charles Anthony Piccuta and Charles Albert Piccuta filed a notice of appearance of counsel on behalf of Plaintiff Kevin Darnell Bryant, for all purposes in this case. (ECF No. 285.) Counsel also filed an ex parte application to 1) continue the trial currently set for October 17, 2016 and modify the scheduling order to allow for the same; 2) modify dates on any orders and writs of habeas corpus ad testificandum issued accordingly; and 3) set a telephonic conference with counsel to discuss trial and case management issues. (ECF No. 286.) The

Court held a telephonic hearing on this matter on October 12, 2016, at which Charles Anthony Piccuta appeared for Plaintiff, and Diana Esquivel and Maureen C. Onyeagbako appeared for Defendants.

For the reasons discussed at that hearing, the Court grants Plaintiff's motion. Separate orders will issue vacating the previously-issued writs of habeas corpus ad testificandum for the incarcerated witnesses, and recalling the subpoenas for the unincarcerated witnesses, in this matter. Further, as noted at the hearing, although counsel for Plaintiff did not file a substitution of counsel, the Court understands that Charles Anthony Piccuta, of the Piccuta Law Group, LLP, intends to substitute for Plaintiff representing himself pro se. The Court accepts that substitution.

Finally, as discussed during the hearing, the Court encourages the parties to continue any discussions regarding potentially resolving this case short of trial. Should the parties desire the assistance of the Court in regards to any settlement negotiations, the parties are encouraged to contact the Courtroom Deputy, Harriet Herman, to make arrangements.

Accordingly, the Court HEREBY ORDERS that:

1. Plaintiff's ex parte application, (ECF No. 286) filed on October 10, 2016, is granted;

2. The previous trial date of October 17, 2016 is vacated. Trial is now set for **December 13, 2016** at 8:30 a.m. before U.S. Magistrate Judge Barbara A. McAuliffe in Courtroom 8 (BAM);

3. A telephonic pre-trial status conference is set for **November 17, 2016** at 9:00 a.m. Plaintiff's counsel shall make arrangements and have a one line conference call, with ALL counsel on the line, and shall initiate the call at the designated time. After all parties are on the line, the call should then be placed to Judge McAuliffe's chambers at (559) 499-5789; and,

4. The current deadlines in the August 4, 2016 pretrial order for the submission of trial briefs, proposed verdict forms, proposed jury instructions, proposed voir dire, proposed statements of the case, and trial exhibits, are vacated. An amended pretrial order will be issued in due course.

IT IS SO ORDERED.

Dated:   **October 12, 2016**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE