**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GALLAGHER, et al.,<br><br>　　　　　Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>ORDER DIRECTING DEFENSE COUNSEL TO CONTACT WITNESSES STILES AND WADDLE RE THE RECALL OF WITNESS SUBPOENAS |

　　　Plaintiff Kevin Darnell Bryant ("Plaintiff") is state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 12, 2016, for good cause shown, the Court continued the trial date in this matter. Consequently, Plaintiff's unincarcerated witnesses are not required to appear to testify on October 18, 2016.

　　　The Court has information that Lieutenant Jason Stiles and Lieutenant Constance Waddle, both employed with the CDCR, have already been served with the subpoenas and the witness fees. Defense counsel is directed to contact these witnesses and inform them of the vacated trial date, and that they are not required to appear to testify on October 18, 2016.

IT IS SO ORDERED.

　　Dated: __October 13, 2016__　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28