UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>         Plaintiff,<br><br>    v.<br><br>GALLAGHER, et al.,<br><br>         Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>ORDER RECALLING SERVICE OF SUBPOENAS ON WITNESSES BY THE UNITED STATES MARSHALL<br><br>(ECF No. 270) |

Plaintiff Kevin Darnell Bryant ("Plaintiff") is state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims against Defendant Romero for deliberate indifference to serious medical needs in violation of the Eighth Amendment, and against Defendants Gallagher and Romero for conspiracy, retaliation in violation of the First Amendment, and failure to protect in violation of the Eighth Amendment. All parties have consented to magistrate judge jurisdiction. (ECF Nos. 7, 231.)

On September 21, 2016, the Court directed the United States Marshal to serve certain witnesses with a subpoena for their appearances at trial on October 18, 2016, along with the witness fees submitted by Plaintiff. (ECF No. 270.) On October 5, 2016, the Court issued an order recalling the portion of its September 21, 2016 order directing service of a subpoena on B. DaVeiga. (ECF No. 284.) The United States Marshal complied with that order, and a separate order shall issue regarding the return of the witness fees for B. DaVeiga to Plaintiff's counsel.

///

1

Subsequently, a hearing was held on October 12, 2016 regarding Plaintiff's motion to continue the trial date in this matter. The motion was granted, and consequently, Plaintiff's unincarcerated witnesses are not required to appear to testify on October 18, 2016.

Based on the foregoing, the Court finds it appropriate to recall its September 21, 2016 order directing service of subpoena on the witnesses. To the extent those witnesses have not yet been served, service is no longer necessary, and the witness fees should be returned to Plaintiff's counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 21, 2016 order directing the United States Marshal to serve subpoenas and witness fees on Plaintiff's unincarcerated witnesses (ECF No. 270), is recalled;

2. The Clerk of the Court is directed to forward a copy of this order to the United States Marshal;

3. Any witness fees still within the possession of the United States Marshals Service shall be sent to the United States District Court, Eastern District of California within ten (10) days following receipt of this order; and

4. Upon receipt of the money order(s), the Court shall direct their return to Plaintiff's counsel.

IT IS SO ORDERED.

Dated:   **October 13, 2016**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE