**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GALLAGHER, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORT OF INMATE KEVIN DARNELL BRYANT, CDCR #D-56620**<br><br>(ECF No. 272)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON SALINAS VALLEY STATE PRISON** |

　　　　On September 28, 2016, the Court issued a writ of habeas corpus ad testificandum directing the transport of Kevin Darnell Bryant, AKA Darnell Bryant, inmate, CDCR #D56620, for trial on October 17, 2016, as a witness on his own behalf in this matter. (ECF No. 272.) Now, for good cause shown, the Court has vacated the October 17, 2016 trial date. Therefore, the transportation writ for Inmate Bryant shall be vacated.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The writ of habeas corpus ad testificandum directing the production of Kevin Darnell Bryant, AKA Darnell Bryant, inmate, CDCR #D56620, issued on September 28, 2016, is vacated;

　　　　2.　　The Clerk's Office shall serve a courtesy copy of this order by e-mail on the litigation coordinator at Salinas Valley State Prison, and on the litigation coordinator of any other institution(s) which require this information; and,

3. The Clerk's Office shall serve a courtesy copy of this order via mail on Inmate Bryant.

IT IS SO ORDERED.

Dated: **October 13, 2016**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE