# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, <br><br> Plaintiff, <br><br> v. <br><br> GALLAGHER, et al., <br><br> Defendants. | Case No. 1:11-cv-00446-BAM (PC) <br><br> **ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORT OF INMATE RICARDO CONTRERAS, CDCR #F-56749** <br><br> (ECF No. 273) <br><br> **ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON IRONWOOD STATE PRISON** |

On September 28, 2016, the Court issued a writ of habeas corpus ad testificandum directing the transport of Ricardo Contreras, inmate, CDCR #F-56749, for trial on October 17, 2016, as a witness in this matter. (ECF No. 273.) Now, for good cause shown, the Court has vacated the October 17, 2016 trial date. Therefore, the transportation writ for Inmate Contreras shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the production of Ricardo Contreras, inmate, CDCR #F-56749, issued on September 28, 2016, is vacated;

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the litigation coordinator at Ironwood State Prison, and on the litigation coordinator of any other institution(s) which require this information; and,

///

1

3. The Clerk's Office shall serve a courtesy copy of this order via mail on Inmate Contreras.

IT IS SO ORDERED.

Dated: **October 13, 2016**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE