**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>GALLAGHER, et al.,<br><br>        Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORT OF INMATE RUFUS B. LEVELS, CDCR #F-62510**<br><br>(ECF No. 274)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON HIGH DESERT STATE PRISON** |

On September 28, 2016, the Court issued a writ of habeas corpus ad testificandum directing the transport of Rufus B. Levels, inmate, CDCR #F-62510, for trial on October 17, 2016, as a witness in this matter. (ECF No. 274.) Now, for good cause shown, the Court has vacated the October 17, 2016 trial date. Therefore, the transportation writ for Inmate Levels shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1.    The writ of habeas corpus ad testificandum directing the production of Rufus B. Levels, inmate, CDCR #F-62510, issued on September 28, 2016, is vacated;

2.    The Clerk's Office shall serve a courtesy copy of this order by e-mail on the litigation coordinator at High Desert State Prison, and on the litigation coordinator of any other institution(s) which require this information; and,

///

1       3.      The Clerk's Office shall serve a courtesy copy of this order via mail on Inmate Levels.

3 IT IS SO ORDERED.

    Dated:   **October 13, 2016**           /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE