**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>  Plaintiff,<br><br>  v.<br><br>GALLAGHER, et al.,<br><br>  Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORT OF INMATE EDWARD A. VARGAS, CDCR #J-63103**<br><br>(ECF No. 275)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON C.S.P. – LOS ANGELES COUNTY** |

On September 28, 2016, the Court issued a writ of habeas corpus ad testificandum directing the transport of Edward A. Vargas, inmate, CDCR #J-63103, for trial on October 17, 2016, as a witness in this matter. (ECF No. 275.) Now, for good cause, the Court has vacated the October 17, 2016 trial date. Therefore, the transportation writ for Inmate Vargas shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the production of Edward A. Vargas, inmate, CDCR #J-63103, issued on September 28, 2016, is vacated;

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the litigation coordinator at C.S.P. – Los Angeles County, and on the litigation coordinator of any other institution(s) which require this information; and,

///

1

3.     The Clerk's Office shall serve a courtesy copy of this order via mail on Inmate Vargas.

IT IS SO ORDERED.

Dated:   **October 13, 2016**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE