1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

| | |
|---|---|
| KEVIN DARNELL BRYANT, | ) Case No. 1:11-cv-00446-BAM (PC) |
| Plaintiff, | ) |
| | ) ORDER TO CLERK OF COURT DIRECTING |
| v. | ) RETURN OF WITNESS FEE FOR B. DAVEIGA |
| | ) TO PLAINTIFF'S COUNSEL |
| GALLAGHER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

15

16      Plaintiff Kevin Darnell Bryant ("Plaintiff") is state prisoner proceeding in forma pauperis in

17   this civil rights action pursuant to 42 U.S.C. § 1983.

18      On October 5, 2016, the Court issued an order recalling a previous order directing service of a

19   subpoena on B. DaVeiga, and instructing that the witness fees for B. DaVeiga should be returned to

20   the Clerk's Office, for later return to Plaintiff. (ECF No. 284.) The United States Marshal complied

21   with that order. Consequently, the witness fee will now be returned to Plaintiff's counsel.

22      Accordingly, the Clerk of the Court is HEREBY DIRECTED to mail the money order #17-

23   448437739, in the amount of $99.51, for unincarcerated witness B. DaVeiga, to Plaintiff's counsel.

24

25   IT IS SO ORDERED.

26      Dated:    **October 13, 2016**            /s/ *Barbara A. McAuliffe*

27                                                                          UNITED STATES MAGISTRATE JUDGE

28