# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GALLAGHER, et al.,<br><br>　　　　　Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>ORDER GRANTING JOINT STIPULATION TO MODIFY SECOND AMENDED AND SUPPLEMENTAL PRETRIAL ORDER TO SUBMIT JOINT TRIAL EXHIBITS<br><br>(ECF No. 332) |

Pursuant to the stipulation of the parties filed on May 4, 2017, and good cause appearing, the Second Amended and Supplemental Pretrial Order is HEREBY MODIFIED as follows:

1. The deadline for submitting joint trial exhibits to the Court is continued from May 5, 2017, to May 10, 2017; and
2. The parties shall file joint trial exhibits on or before **May 10, 2017**.

IT IS SO ORDERED.

　　Dated: __**May 5, 2017**__　　　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1