

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEVIN DARNELL BRYANT, | Case No. 1:11-cv-00446-BAM (PC) |
|---|---|
| Plaintiff, | NOTICE AND ORDER THAT INMATE **RUFUS B. LEVELS, CDCR #F-62510**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| P. GALLAGHER and R. ROMERO, | |
| Defendants. | |

The jury trial in this matter commenced on May 15, 2017, and **Inmate Rufus B. Levels, CDCR #F-62510**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 5/15/17

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1