

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>    Plaintiff,<br><br>v.<br><br>P. GALLAGHER and R. ROMERO,<br><br>    Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF KEVIN DARNELL BRYANT, CDCR #D-56620 FOR TRIAL ON MAY 16, 2017 AT 8:00 A.M. |

**Plaintiff Kevin Darnell Bryant, CDCR #D-56620,** shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, May 16, 2017, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: 5/15/17

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1