


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KEVIN D. BRYANT,
    Plaintiff,

vs.

GALLAGHER and A. ROMERO,
    Defendants.

**JUDGMENT IN A CIVIL ACTION**

1: 11-CV-00446-BAM (PC)

__X__  JURY VERDICT:   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is in favor of Plaintiff Kevin D. Bryant and against Defendants Gallagher and A. Romero. NOTE: please see attached Special Verdict and Special Verdict - Second Phase forms.

**The Clerk of the Court is instructed to close this case.**

DATED: _May 19, 2017_

    MARIANNE MATHERLY, Clerk

    By: _____
        Deputy Clerk

judgment.civ.wpd
5/6/2013



**FILED**

MAY 18 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>P. GALLAGHER and R. ROMERO,<br><br>Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>**SPECIAL VERDICT** |

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

**Question No. 1:**

Do you find by a preponderance of the evidence that any defendant violated Plaintiff Kevin Bryant's First Amendment constitutional right to be free from retaliation?

    Answer:    Defendant Gallagher    Yes ✓ No ___

                   Defendant Romero      Yes ✓ No ___

Go to Question No. 2.

///

///

///

1

**Question No. 2:**

Do you find by a preponderance of the evidence that any defendant conspired to violate Plaintiff Kevin Bryant's constitutional rights which caused Plaintiff harm?

    Answer:    Defendant Gallagher    Yes  __X__  No  _____

                  Defendant Romero     Yes  __X__  No  _____

Go to Question No. 3.

**Question No. 3:**

Do you find by a preponderance of the evidence that any defendant violated Plaintiff Kevin Bryant's Eighth Amendment constitutional right by failing to intervene or protect him from a substantial risk of serious harm which caused Plaintiff harm?

    Answer:    Defendant Gallagher    Yes  __X__  No  _____

                  Defendant Romero     Yes  __X__  No  _____

Go to Question No. 4.

**Question No. 4:**

Do you find by a preponderance of the evidence that Defendant Romero violated Plaintiff Kevin Bryant's Eighth Amendment constitutional right by disregarding a known serious medical need which caused Plaintiff harm?

    Answer:    Yes  __X__

                 No  _____

If you answered "no" to Questions No. 1 to 4 as to every defendant, skip the remaining questions and sign, date, and return this form.

If you answered "yes" to any part of Questions No. 1 to 4, go to Question No. 5.

///

///

///

///

2

**Question No. 5:**

What is the amount of compensatory damages, if any, you award to Plaintiff for the violation of his rights?

    Answer:    Defendant Gallagher  $ 45,000
                   Defendant Romero    $ 55,000
                   **Total:**                $ 100,000

If you entered $0, go to Question No. 6. If you entered an amount more than $0, go to Question No. 7.

**Question No. 6:**

If you found that any defendant(s) violated Plaintiff's rights but you found that Plaintiff is not entitled to compensatory damages, you must award an amount of minimal damages not to exceed $1.00. What is your award of nominal damages?

    Answer:    $ _____

Go to Question No. 7.

**Question No. 7:**

Do you find by a preponderance of the evidence that any defendant acted with malice, oppression, or in reckless disregard of Plaintiff Kevin Bryant's constitutional rights?

    Answer:    Defendant Gallagher    Yes  X  No _____
                   Defendant Romero     Yes  X  No _____

                                       ***

Sign, date, and return this verdict.

Dated: May 18, 2017

                                                             /s/ [signature]
                                                              FOREPERSON

FILED

MAY 18 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>P. GALLAGHER and R. ROMERO,<br><br>Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>**SPECIAL VERDICT** – SECOND PHASE |

Having found by a preponderance of the evidence that one or more of the defendants' conduct was malicious or in reckless disregard of Plaintiff Kevin Bryant's rights, we, the jury in the above-entitled action, award punitive damages in the following amount(s):

Defendant Gallagher  $ 15,000

Defendant Romero  $ 15,000

**Total:**  $ 30,000

Sign, date, and return this verdict.

Dated: May 18, 2017

_____
FOREPERSON

1