

FILED
MAY 19 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KEVIN D. BRYANT,
    Plaintiff,

vs.

GALLAGHER and A. ROMERO,
    Defendants.

**JUDGMENT IN A CIVIL ACTION**

1: 11-CV-00446-BAM (PC)

__X__    **JURY VERDICT:**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is in favor of Plaintiff Kevin D. Bryant and against Defendants Gallagher and A. Romero. NOTE: please see attached Special Verdict and Special Verdict - Second Phase forms.

**The Clerk of the Court is instructed to close this case.**

DATED: May 19, 2017

MARIANNE MATHERLY, Clerk

By: _____
    Deputy Clerk

judgment.civ.wpd
5/6/2013



**MAY 18 2017**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>P. GALLAGHER and R. ROMERO,<br><br>Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>**SPECIAL VERDICT** |

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

**Question No. 1:**

Do you find by a preponderance of the evidence that any defendant violated Plaintiff Kevin Bryant's First Amendment constitutional right to be free from retaliation?

Answer:  Defendant Gallagher    Yes ✓    No ____

Defendant Romero    Yes ✓    No ____

Go to Question No. 2.

///

///

///

1

1 | **Question No. 2:**

2 |     Do you find by a preponderance of the evidence that any defendant conspired to violate

3 | Plaintiff Kevin Bryant's constitutional rights which caused Plaintiff harm?

4 |     Answer:    Defendant Gallagher    Yes  ✗  No \_\_\_\_

5 |               Defendant Romero    Yes  ✗  No \_\_\_\_

6 |     Go to Question No. 3.

8 | **Question No. 3:**

9 |     Do you find by a preponderance of the evidence that any defendant violated Plaintiff

10 | Kevin Bryant's Eighth Amendment constitutional right by failing to intervene or protect him from

11 | a substantial risk of serious harm which caused Plaintiff harm?

12 |     Answer:    Defendant Gallagher    Yes  ✗  No \_\_\_\_

13 |               Defendant Romero    Yes  ✗  No \_\_\_\_

14 |     Go to Question No. 4.

16 | **Question No. 4:**

17 |     Do you find by a preponderance of the evidence that Defendant Romero violated Plaintiff

18 | Kevin Bryant's Eighth Amendment constitutional right by disregarding a known serious medical

19 | need which caused Plaintiff harm?

20 |     Answer:    Yes  ✗

21 |               No \_\_\_\_

22 |     If you answered "no" to Questions No. 1 to 4 as to every defendant, skip the remaining

23 | questions and sign, date, and return this form.

24 |     If you answered "yes" to any part of Questions No. 1 to 4, go to Question No. 5.

25 | ///

26 | ///

27 | ///

28 | ///

1  **Question No. 5:**

2     What is the amount of compensatory damages, if any, you award to Plaintiff for the

3  violation of his rights?

4     Answer:    Defendant Gallagher   $ 45,000

5                Defendant Romero     $ 55,000

6                **Total:**           $ 100,000

7     If you entered $0, go to Question No. 6. If you entered an amount more than $0, go to

8  Question No. 7.

9

10 **Question No. 6:**

11    If you found that any defendant(s) violated Plaintiff's rights but you found that Plaintiff is

12 not entitled to compensatory damages, you must award an amount of minimal damages not to

13 exceed $1.00. What is your award of nominal damages?

14    Answer:    $ _____

15    Go to Question No. 7.

16

17 **Question No. 7:**

18    Do you find by a preponderance of the evidence that any defendant acted with malice,

19 oppression, or in reckless disregard of Plaintiff Kevin Bryant's constitutional rights?

20    Answer:    Defendant Gallagher   Yes  X   No ____

21               Defendant Romero     Yes  X   No ____

22                                    ***

23    Sign, date, and return this verdict.

24

25

26 Dated: May 18, 2017                    _____
                                          FOREPERSON
27

28

                                        3



FILED

MAY 18 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P. GALLAGHER and R. ROMERO,<br><br>　　　　Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>**SPECIAL VERDICT** – SECOND PHASE |

Having found by a preponderance of the evidence that one or more of the defendants' conduct was malicious or in reckless disregard of Plaintiff Kevin Bryant's rights, we, the jury in the above-entitled action, award punitive damages in the following amount(s):

　　　　Defendant Gallagher  $ 15,000
　　　　Defendant Romero    $ 15,000
　　　　**Total:**          $ 30,000

Sign, date, and return this verdict.

Dated: May 18, 2017

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　FOREPERSON

1