FILED
MAY 18 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>P. GALLAGHER and R. ROMERO,<br><br>Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **KEVIN DARNELL BRYANT, CDCR #D-56620**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on May 15, 2017, and **Plaintiff Kevin Darnell Bryant, CDCR #D-56620**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 5/18/17

_____
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1