# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GALLAGHER, et al.,<br><br>　　　　　Defendants. | Case No. 1:11-cv-00446-BAM (PC)<br><br>ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS<br><br>(ECF No. 371) |

Pursuant to the stipulation of the parties filed on June 15, 2017, and good cause appearing, the Court HEREBY GRANTS the joint stipulation extending the time for Plaintiff to file his motion for attorney's fees and non-taxable costs. Plaintiff shall file his motion for attorney's fees and non-taxable costs on or before June 26, 2017.

IT IS SO ORDERED.

Dated: **June 16, 2017**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1