# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | Case No. 1:11-cv-00446-BAM (PC) |
| Plaintiff, | ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO FILE NOTICE OF APPEAL |
| v. | |
| GALLAGHER, et al., | (ECF No. 373) |
| Defendants. | |

Pursuant to the stipulation of the parties filed on June 16, 2017, and good cause appearing, the Court HEREBY GRANTS the joint stipulation extending the time for Defendants to file a notice of appeal. Fed. R. App. P. 4(a)(5)(A). Any Defendant wishing to appeal the Court's May 19, 2017 judgment must file his notice of appeal on or before July 18, 2017.

IT IS SO ORDERED.

Dated: **June 16, 2017**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1