# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>             Plaintiff,<br><br>    v.<br><br>GALLAGHER, et al.,<br><br>             Defendants. | Case No.  1:11-cv-00446-BAM (PC)<br><br>ORDER GRANTING PARTIES' REQUEST TO FILE DISPOSITIONAL DOCUMENTS WITHIN SIXTY DAYS<br><br>(ECF No. 379) |

Following a trial by jury, judgment was entered in favor of Plaintiff Kevin D. Bryant ("Plaintiff") on May 19, 2017.  (ECF No. 367.)

On July 17, 2017, the parties filed the instant notice of settlement and request to file dispositional documents within sixty days.  (ECF No. 379.)  The parties state that good cause exists for an enlargement of time because they are still working out the details of the settlement, they must collaborate with the attorneys assigned to Bryant v. Romero, No. 1:12-cv-02074-DAD-GSA, and defense counsel requires time to prepare the motion to set aside the jury verdict.  (Id.)

The Court finds good cause to grant the requested enlargement of time.  Accordingly, it is HEREBY ORDERED that dispositional documents shall be filed within sixty (60) days from the date of service of this order.  Local Rule 160(b).

IT IS SO ORDERED.

   Dated:   **July 19, 2017**                    /s/ *Barbara A. McAuliffe*             
                                             UNITED STATES MAGISTRATE JUDGE

1